1  ROBERT W. LYONS (45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone: (510) 782-6161
4  Facsimile: (510) 782-3519

5  Attorney for Defendant
   SERGIO LLAMAS-HERNANDEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE VENUE

| UNITED STATES OF AMERICA, | ) Case No.: CR 10-00235 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| SERGIO LLAMAS-HERNANDEZ, | ) |
| Defendant. | ) |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current status conference date of Thursday, June 17, 2010 be continued until Thursday, July 22, 2010. The reason for the continuance is that Attorney Robert Lyons needs additional time to prepare for the hearing.

Date: June 16, 2010          /s/ Robert W. Lyons
                             ROBERT W. LYONS
                             Attorney for Cesar Sanchez-Reyes

Date: June 16, 2010          /s/ David M. Paxton
                             DAVID M. PAXTON
                             Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUANCE STATUS CONFERENCE - 1

**ORDER**

It is hereby ordered that the status conference currently scheduled for June 16, 2010 be continued to July 22, 2010 by stipulation of the parties.

Date: 7/20/10

_____
Hon. Jeremy Fogel
United States District Court Judge