ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone: (510) 782-6161
Facsimile: (510) 783-3519

Attorney for Defendant
SERGIO LLAMAS-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SERGIO LLAMAS-HERNANDEZ,<br><br>  Defendant | Case No.: CR 10-00235<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status conference date of Thursday, October 14, 2010 be continued until Thursday, November 4, 2010. The reason for this continuance is that Attorney Robert W. Lyons needs additional time to prepare for the hearing.

Date: October 13, 2010          /s/ Robert W. Lyons
                                Robert W. Lyons
                                Attorney for Sergio Llamas-Hernandez

Date: October 13, 2010          /s/ David M. Paxton
                                David M. Paxton
                                Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE - 1

**ORDER**

It is hereby ordered that the status conference currently scheduled for October 14, 2010 be continued to November 4, 2010 by stipulation of the parties.

Date: 10/13/10

_____
Hon. Jeremy Fogel
United States District Court Judge