MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGIO LLAMAS-HERNANDEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.   CR 10-00235 JF <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM APRIL 28, 2011 TO MAY 12, 2011 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

      The Parties, Sergio Llamas-Hernandez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April 28, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for May 12, 2011 at 9:00 a.m. Counsels are requesting the continuance of the hearing due to the need to jointly negotiate a resolution in this matter.

      The parties stipulate that the time between April 28, 2011 and May 12, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

1

1  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
2  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  DATED: April 20, 2011                    MELINDA HAAG
                                            United States Attorney
5
6                                            ___/s/_____
                                            SUZANNE M. DeBERRY
7                                            Assistant United States Attorney
8
9                                            ___/s/_____
                                            ROBERT LYONS
10                                           Attorney for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   <u>[PROPOSED] ORDER</u>

2   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3   ORDERS that the hearing in this matter previously set for April 28, 2011 at 9:00 a.m. is vacated,
4   and the matter is continued to May 12, 2011 at 9:00 a.m.  Further, the Court ORDERS that the
5   time between April 28, 2011 and May 12, 2011 is excluded under the Speedy Trial Act, 18
6   U.S.C. §3161.  The court finds that the failure to grant the requested continuance would
7   unreasonably deny counsel reasonable time necessary for effective preparation, taking into
8   account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice
9   served by granting the requested continuance outweigh the best interest of the public and the
10  defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore
11  concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and
12  (B)(iv).

14  IT IS SO ORDERED.
15  DATED:  4/26/11        _____
16                          JEREMY FOGEL
                            UNITED STATES DISTRICT COURT` JUDGE

3